\*E-Filed 11/15/12\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. CHANDLER, | No. C 12-4345 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| R. CARDY and J. PRESTON, | |
| Defendants. | |

Plaintiff's motion for reconsideration (Docket No. 11), which the Court construes as a motion to dismiss for lack of jurisdiction, is GRANTED. The motion papers make it clear that plaintiff alleges only state, not federal, claims. Therefore, this Court lacks jurisdiction over this matter. Accordingly, the action is hereby DISMISSED without prejudice, and is remanded to the state court from which it was removed. The Clerk shall terminate Docket No. 11, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 15, 2012

RICHARD SEEBORG
United States District Judge